UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANGEL ULLOA II, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SECURITAS SECURITY SERVICES USA, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO.: 4:23:cv-01752-DMR<br><br>**ORDER (AS MODIFIED) RE: JOINT STIPULATION TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL [DOC. NO. 34]**<br><br>Complaint Filed: February 14, 2023<br>Trial Date:      November 3, 2025 |

# ORDER (AS MODIFIED)

Based on the Joint Stipulation to Modify Case Management and Pretrial Order for Jury Trial (Doc. No. 34), and good cause appearing:

1. The Court hereby modifies the Case Management and Pretrial Order for Jury Trial (Doc. No. 34) as follows:

| Matter | Current Date | New Date |
| --- | --- | --- |
| Motion for Class Certification Deadline | September 12, 2024 | March 13, 2025 |
| Motion for Class Certification Opposition | November 7, 2024 | May 8, 2025 |
| Motion for Class Certification Reply | December 19, 2024 | June 26, 2025 |
| Hearing on Motion for Class Certification | January 23, 2025 | July 24, 2025 |
| Dispositive Motion Hearing Cutoff | August 14, 2025 | March 12, 2026 at 1:00 p.m. |
| Non-Expert Discovery Cutoff | June 17, 2025 | January 13, 2026 |
| Expert Disclosure Deadline | June 17, 2025 | January 13, 2026 |
| Rebuttal Expert Disclosure Deadline | July 1, 2025 | January 27, 2026 |
| Expert Discovery Cutoff | July 15, 2025 | February 10, 2026 |
| Pretrial Conference | October 22, 2025 | May 20, 2026 |
| Trial | November 3, 2025 | June 1, 2026 |

**IT IS SO ORDERED AS MODIFIED.**

DATED:  September 6, 2024



_____
HONORABLE DONNA M. RYU
Chief Magistrate Judge